IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEEJAY POYNTER,<br><br>Defendant. | CR 15–11–H–CCL-04<br><br>ACCEPTANCE OF PLEA<br>AND ADJUDICATION<br>OF GUILT |

In accordance with the Findings and Recommendations (Doc. 139) of United States Magistrate Judge John Johnston, to which there has been no objection, in light of Defendant's Consent/Waiver to Plea (Doc. 138), and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), Defendant's pleas of guilty to Counts II and III of the Indictment are hereby accepted, subject to the Court's review of the Presentence Report. The

Defendant is adjudged guilty of the offenses of Distribution of Methamphetamine as charged in Counts II and III of the Indictment.

Dated this 15th day of April, 2016.

/s/ Charles C. Lovell
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE