# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DEEJAY POYNTER,<br><br>　　　　　　Defendant. | CR-15-11-H-BMM<br><br>ORDER |

　　　Defendant Deejay Poynter has moved for early termination of his current term of supervised release. (Doc. 377). The Government does not object. (Doc. 378). The Court conducted a hearing on the motion on June 27, 2022. The Court determines that good cause exists to grant Poynter's motion for early termination of his supervised release term.

　　　Accordingly, **IT IS HEREBY ORDERED** that Poynter's Motion for Early Termination of Supervised Release (Doc. 377) is **GRANTED**.

　　　DATED this 28th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court